IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  06-cv-00098-EWN-MEH

**DAVID ALLISON**, doing business as **CHEAT CODE
CENTRAL**, a sole proprietorship,

       Plaintiff,

v.

**JUPITER ELECTRIC**, a Canadian entity,
**X PRODUCTIONS,** a Canadian entity,
**RUSSELL ZOHOOR**, an individual, and
**HOOMAN ZOHOOR**, an individual,

       Defendants.

---

### NOTICE OF DISMISSAL OF DEFENDANT JUPITER ELECTRIC

---

       Plaintiff David Allison, doing business as Cheat Code Central, through its undersigned counsel Faegre & Benson, LLP, respectfully submits this Notice of Dismissal of Defendant Jupiter Electric pursuant to F.R.C.P. 41(a)(1)(i), and states as follows:

       1.     Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure permits the voluntary dismissal of claims by the plaintiff without order of court before service by the adverse party of an answer or a motion for summary judgment.  Defendant Jupiter Electric has not served an answer or a motion for summary judgment in this action.

       2.     Plaintiff hereby dismisses its claims against Jupiter Electric without prejudice.

Respectfully submitted this 3rd day of May, 2006

s/ *J. Owen Borum*

Mark W. Fischer
J. Owen Borum
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado  80302
Telephone:  (303) 447-7700
Facsimile:  (303) 447-7800
E-mail:  mfischer@faegre.com
          oborum@faegre.com
ATTORNEYS FOR PLAINTIFF DAVID
ALLISON D/B/A CHEAT CODE CENTRAL

**CERTIFICATE OF SERVICE**

I certify that on May 3rd, 2006, a true and correct copy of the foregoing **NOTICE OF DISMISSAL OF DEFENDANT JUPITER ELECTRIC** was e-filed and served via U.S. Mail, postage prepaid, to the following:

Jupiter Electric
70 E. Beaver Creek, Unit 38
Richmond Hill, Ontario, Canada

X Productions
125 Macrill Road
Markham, Ontario, Canada

Russell Zohoor
125 Macrill Road
Markham, Ontario, Canada

Hooman Zohoor
125 Macrill Road
Markham, Ontario, Canada

*s/Jennifer Pearce*