IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00098-EWN-MEH

DAVID ALLISON, doing business as CHEAT CODE
CENTRAL, a sole proprietorship,

    Plaintiff,

v.

JUPITER ELECTRIC, a Canadian entity,
X PRODUCTIONS, a Canadian entity,
RUSSELL ZOHOOR, an individual, and
HOOMAN ZOHOOR, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2006.**

No answer or appearance having been made by any Defendant, and for good cause shown, the Plaintiff's Motion to Amend Caption [Filed May 3, 2006; Docket #14] is **granted.**

Hereafter, the caption of this matter shall read as follows:

DAVID ALLISON, d/b/a CHEAT CODE CENTRAL,
a sole proprietorship,

    Plaintiff,

v.

X PRODUCTIONS, a Canadian entity,
RUSSELL ZOHOOR a/k/a HOOMAN ZOHOOR, an individual,

    Defendants.