IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00098-EWN-MEH

DAVID ALLISON, d/b/a CHEAT CODE CENTRAL,
a sole proprietorship,

      Plaintiff,

v.

X PRODUCTIONS, a Canadian entity, and
RUSSELL ZOHOOR, a/k/a HOOMAN ZOHOOR, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2006.**

      Plaintiff's Motion to Vacate and Reset Scheduling/Planning Conference and Related Deadlines [Filed May 4, 2006; Docket #17] is **granted** in part and **denied** in part.

      The Scheduling/Planning Conference set for May 11, 2006, at 9:15 a.m. is hereby **converted** to a status teleconference. The parties are not required to hold a pre-scheduling conference meeting or jointly prepare a proposed Scheduling Order for this teleconference.

      Plaintiff's counsel is directed to appear before the Court **by telephone** on that date and time, and coordinate the appearance of Defendant Zohoor **by telephone** at the conference also. Plaintiff's counsel is directed to arrange the conference call with Defendant Zohoor and Magistrate Judge Hegarty's chambers at 303-844-4507 at the designated time.

      The parties or counsel attending this conference should be prepared to informally discuss settlement of the case. There is no requirement to submit confidential settlement documents/letters to the Court beforehand.