IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  06-cv-00098-EWN-MEH

**DAVID ALLISON, d/b/a CHEAT CODE CENTRAL**, a sole proprietorship,

    Plaintiff,

v.

**X PRODUCTIONS,** a Canadian entity, and
**RUSSELL ZOHOOR a/k/a HOOMAN ZOHOOR**, an individual,

    Defendants.

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that the Plaintiff David Allison d/b/a Cheat Code Central, by and through his attorneys, Faegre & Benson LLP, hereby voluntarily dismisses this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Respectfully submitted this 12th day of September, 2006

    *s/Mark W. Fischer*

Mark W. Fischer
J. Owen Borum
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado  80302
Telephone:  (303) 447-7700
Facsimile:  (303) 447-7800
E-mail:  mfischer@faegre.com
    oborum@faegre.com
ATTORNEYS FOR PLAINTIFF DAVID ALLISON D/B/A CHEAT CODE CENTRAL

## CERTIFICATE OF SERVICE

I certify that on September 12, 2006, I electronically filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF system and served by mail via United States mail, postage prepaid addressed to the following:

X Productions
125 Macrill Road
Markham, Ontario, Canada

Russell Zohoor a/k/a Hooman Zohoor
125 Macrill Road
Markham, Ontario, Canada

*s/Jennifer Pearce*
_____